CLOSED,CONSOLIDATED,MEMBER_CASE

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:19-cv-00953-XR

Kip Workman and Julie Workman v. United States of America
Assigned to: Judge Xavier Rodriguez
Lead case: 5:18-cv-00555-XR
Member case: (View Member Case)
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 08/06/2019
Date Terminated: 07/30/2021
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Kip Workman**                                         represented by **Brett T. Reynolds**
Brett Reynolds & Associates, P.C.
1250 N.E. Loop 410 Suite 310
San Antonio, TX 78209
(210)805-9799
Fax: 210 455 2434
Email: btreynolds@btrlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julie Workman**                                       represented by **Brett T. Reynolds**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/06/2019 | 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542-12442771), filed by Kip Workman, Julie workman. (Attachments: # 1 Exhibit Exh. A, # 2 Civil Cover Sheet Civil CoverSheet)(Reynolds, Brett) (Entered: 08/06/2019) |
| 08/06/2019 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Kip Workman. (Reynolds, Brett) (Entered: 08/06/2019) |
| 08/06/2019 | | Case assigned to Judge Xavier Rodriguez. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rg) (Entered: 08/07/2019) |
| 08/06/2019 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Bemporad. (rg) (Entered: 08/07/2019) |
| 08/08/2019 | 3 | Summons Issued as to United States Of America, U.S. Attorney, John Bash. (rg) (Entered: 08/08/2019) |
| 09/24/2019 | 4 | ORDER CONSOLIDATING CASE - ORDERED that this case, 5:19-CV-953-XR, is consolidated with the LEAD CASE, 5:18-CV-555-XR. Signed by Judge Xavier Rodriguez. (rg) (Entered: 09/24/2019) |
| 12/03/2019 | | Set Deadlines/Hearings: ADR Report Deadline due by 1/24/2020, Amended Pleadings due by 10/1/2019, Discovery due by 4/1/2020, Motions due by 6/1/2020, Jury Selection set for 9/8/2020 10:30AM before Judge Xavier Rodriguez, Jury Trial set for 9/8/2020 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 8/27/2020 10:30 AM before Judge Xavier Rodriguez, (see main case #18-cv-555) (rf) (Entered: 12/03/2019) |
| 01/07/2021 | 5 | CORRECTED AMENDED SCHEDULING ORDER: Bench Trial set for 4/5/2021 9:00 AM before Judge Xavier Rodriguez, Pretrial Conference set for 3/25/2021 10:30 AM before Judge Xavier Rodriguez, Discovery due by 2/24/2021, Dispositive Motions due by 2/24/2021. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/08/2021) |
| 07/30/2021 | 6 | ORDER-- The Clerks office is therefore DIRECTED to administratively close these consolidated cases pending further order of the Court. Though administratively closed, these cases will still exist on the docket of this Court and may be reopened upon request or on the Courts own motion. Parties may continue to file motions and documents under the lead case, Holcombe v. United States, SA-18-CV-555-XR. Signed by Judge Xavier Rodriguez. (bc) (Entered: 08/02/2021) |
| 02/22/2022 | 7 | NOTICE of Filing Proposed Final Judgment by Julie Workman, Kip Workman (Alsaffar, Jamal) (Entered: 02/22/2022) |
| 04/05/2022 | 8 | NOTICE of Filing Revised Proposed Final Judgment by Julie Workman, Kip Workman (Alsaffar, Jamal) (Entered: 04/05/2022) |
| 04/05/2022 | 9 | FINAL JUDGMENT - Judgment is entered in accordance with the Findings of Fact & Conclusions of Law, in cause No. 5:18-cv-00555-XR (February 7, 2022) (ECF No.584), by District Judge Xavier Rodriguez, and Plaintiffs shall recover fromthe United States in the amount of:1. $3,000,000.00 for Julie Workman; and2. $100,000.00 for Kip Workman. Plaintiffs shall file their bill of costs with this Court within 10 days of entry of this judgment, which are to be taxed against the United States. Signed by Judge Xavier Rodriguez. (rg) (Entered: 04/05/2022) |

**PACER Service Center**
**Transaction Receipt**

| | | | |
|---|---|---|---|
| | 04/14/2022 06:40:27 | | |
| **PACER Login:** | aprilstrahan:5751545:0 | **Client Code:** | Sutherland Springs |
| **Description:** | Docket Report | **Search Criteria:** | 5:19-cv-00953-XR |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

**FREE STATE REPORTING, INC.**
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/14/20 | WDTX096 |

**PAID**
**08/04/20**

| BILL TO | SHIP TO |
|---------|---------|
| Brett Reynolds<br>1250 NE Loop 410, Suite 310<br>San Antonio, Texas 78201<br>btreynolds@btrlaw.com | |

| TERMS | PO NO. | CONTRACT NO. |
|-------|--------|--------------|
| | | |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Date of Deposition:  5/25/2020<br>In the matter of:  Holcombe v. USA<br>Deposition of:  Julie Workman<br>First copy of transcript | 155 | 3.15 | 488.25 |

Federal ID # ■■■■■■    DUNS #051045359

Please reference invoice number on payment.  Outstanding balances incur a finance charge of 1.5% per month.

| | |
|---|---|
| **Total:** | **$488.25** |
| **Balance Due:** | **$0.00** |

**FREE STATE REPORTING, INC.**

1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/18/20 | WDTX113 |

**PAID**
**08-31-20**

| BILL TO | SHIP TO |
|---------|---------|
| Brett Reynolds<br>1250 NE Loop 410, Suite 310<br>San Antonio, Texas 78201<br>btreynolds@btrlaw.com | |

| TERMS | PO NO. | CONTRACT NO. |
|-------|--------|--------------|
| | | |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Date of Deposition:  8/5/2020<br>In the matter of:  Holcombe v. USA<br>Deposition of:  Kip Worman<br>Condensed copy of transcript | 171 | 3.15 | 538.65 |
| Date of Deposition:  8/5/2020<br>In the matter of:  Holcombe v. USA<br>Deposition of:  Kip Workman<br>Second PDF copy of transcript | 171 | 0.75 | 128.25 |

Federal ID # ▮▮▮▮▮▮   DUNS #051045359

Please reference invoice number on payment.  Outstanding balances
incur a finance charge of 1.5% per month.

| | |
|---|---|
| **Total:** | **$666.90** |
| **Balance Due:** | **$0.00** |